THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR. NO. 1:CR-01-112-1 |
| | ) | (Judge Rambo) |
| vs.. | ) | |
| | ) | |
| **MIGUEL ARIAS** | | |

**O R D E R**

AND NOW, this 19th day of September, 2006, upon consideration of the Government's Motion to Direct Restitution Payment pursuant to Title 18, United States Code, Section 3663, et seq., the Court finds as follows:

1. The defendant was convicted in this Court and sentenced in December 2002. As part of this sentence, Arias was ordered to pay restitution totaling, $826,369.36.

2. The Clerk of Court currently holds in the Registry of the Court $12.94, which represents moneys held by the Court after the return of a bond posted by Arias in this criminal case.

3. The Clerk has requested that the Government secure an order directing the release of these funds, so this money can be applied to victim restitution, and the Government has requested that the Court enter such an Order, pursuant to Title 18, United States Code, Section 3663, et seq., so that victims may begin to make financial recoveries in this case.

WHEREFORE, for the forgoing reasons, IT IS ORDERED that the Clerk release the funds currently held in the Registry of the Court, and IT IS FURTHER ORDERED that the Clerk apply those funds to pay victim restitution.

/s/ Sylvia H. Rambo
UNITED STATES DISTRICT JUDGE